AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

Damian Avellaneda-Hernandez
*Defendant(s)*

Case No. 8:16MJ1764 TGW

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 23, 2016 in the county of Manatee in the Middle District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. Section 1326(a) | Illegal re-entry into the United States without permission after deportation. |

This criminal complaint is based on these facts:

See attached affidavit of Senior Patrol Agent ~~Robert Vadasz~~ Jason Wardlow, U.S. Border Patrol.

☑ Continued on the attached sheet.

*Complainant's signature*

Jason Wardlow, Senior Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Nov. 23, 2016

*Judge's signature*

City and state: Tampa, Florida

Thomas G. Wilson, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

1. I, Jason B Wardlow, state that I have been employed as a United States Border Patrol Agent with the United States Border Patrol since December 10, 1995. Since December of 2010, I have been assigned to the United States Border Patrol Station in Tampa, Florida as a Senior Patrol Agent.

2. In my capacity as a Border Patrol Agent, I am charged with enforcing U.S. immigration laws, both administrative and criminal sections of the law. I am a federal law enforcement officer with the authority to execute arrest warrants and search warrants under the authority of the United States.

3. The statements contained in this affidavit are based on my personal experiences and observations as well as those of other Agents. This affidavit does not contain every fact regarding the investigation, but does document the probable cause to charge, Damian AVELLANEDA-HERNANDEZ, a citizen and national of Mexico illegally present in the United States, with illegal reentry into the United States after deportation, in violation of Title 8, United States Code, Section 1326(a).

### FACTS AND CIRCUMSTANCES

4. On November 23, 2016, I learned that AVELLANEDA-HERNANDEZ had been stopped for a traffic violation in Manatee County. I responded to the scene of the traffic stop and identified myself as a Border Patrol Agent to AVELLANEDA-HERNANDEZ. AVELLANEDA-HERNANDEZ admitted to me that he was illegally in the United States and further stated that he had been previously deported about six months prior in Texas.

5. I conducted records checks through all pertinent indices and discovered that AVELLANEDA-HERNANDEZ is a citizen and national of Mexico illegally present in the United States. Records revealed that AVELLANEDA-HERNANDEZ was previously encountered by immigration officials on March 27, 2016 and was assigned Alien Registration Number (A#) 208 946 625. Immigration checks revealed that AVELLANEDA-HERNANDEZ was removed pursuant to expedited removal procedures in Laredo, Texas on or about March 29, 2016 and physically deported from the United States on or about March 30, 2016, through the Laredo, Texas Port of Entry.

6. I have found no evidence—neither in his A-file, nor anywhere else— that AVELLANEDA-HERNANDEZ requested or received permission from the Attorney General or the Secretary for the Department of Homeland Security to re-apply for admission to the United States.

7. Based on the foregoing, your affiant has reason to believe that there is probable cause to charge AVELLANEDA-HERNANDEZ, a citizen and national of Mexico illegally present in the United States after reentering the United States after deportation, with Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT

Jason B Wardlow
Border Patrol Agent

Sworn to before me and subscribed in my presence, on the 23rd day of November, 2016 in Tampa, Florida.

THOMAS G. WILSON
United States Magistrate Judge